**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NOKIA TECHNOLOGIES OY and ALCATEL-LUCENT USA INC., *Plaintiffs*, v. Apple Inc., *Defendant*. | § § § § § § § § § § § | Civil Action No. 2:16-cv-1441 |

## ORDER GRANTING DEFENDANT APPLE INC.'S UNOPPOSED MOTIONS FOR STAY

Before the Court are Defendant Apple Inc.'s Unopposed Motion for Mandatory Stay Pursuant to 28 U.S.C. § 1659(a) (Dkt. No. 21) and Defendant Apple Inc.'s Unopposed Motion for a Discretionary Stay (Dkt. No. 30).

Having considered the motions, it is hereby ORDERED that this case is stayed pursuant to 28 U.S.C. § 1659(a) and this court's inherent authority with respect to all patents that Nokia has asserted against Apple in the above captioned case until a final determination has been reached in ITC Investigation Nos. 337-TA-1038 and 337-TA-1039. The parties are also ordered to file a joint status report with the Court following any written decisions or dispositive rulings concerning the pending ITC proceedings, with a courtesy copy of such notices delivered directly to chambers.

**So ORDERED and SIGNED this 9th day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE